UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
         )    CRIMINAL NO. 08mj2349
         )
         )    ORDER
vs. )
         )    RELEASING MATERIAL WITNESS
         )
Ivan Sumano-Mascareno )    Booking No.
        Defendant(s) et al )

On order of the United States District/Magistrate Judge, **RUBEN B. BROOKS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (**Bond Posted** / Case Disposed / Order of Court).

**Esteven Colima Lambaren**

DATED: **Aug. 6, 2008**

RUBEN B. BROOKS
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by /s/ K. Hammerly
    Deputy Clerk
    K. HAMMERLY

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95
☆ U.S. GPO: 2003-581-774/70082